IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| FABIAN GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  3:15-cv-00193 |
| | ) | |
| MONTEREY MUSHROOMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is STIPULATED AND AGREED by and between the parties and their counsel that the above-captioned action is voluntarily dismissed, without prejudice.

Respectfully submitted this 20th day of November, 2015.

s/ Joseph R. Ford
Joseph R. Ford, BPR # 014313
FORD & NICHOLS
P.O. Box 905
Loudon, TN 37774
(865) 458-4301
*Attorney for Fabian Gonzalez*

s/ Howard B. Jackson
Howard B. Jackson, BPR #021316
WIMBERLY LAWSON WRIGHT
DAVES & JONES, PLLC
550 Main Avenue, Suite 900
P.O. Box 2231
Knoxville, TN 37901-2231
*Attorney for Monterey Mushrooms, Inc.*

## Certificate of Service

      I hereby certify that on November 20, 2015 a copy of the foregoing *Stipulation of Voluntary Dismissal* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                  s/ Joseph R. Ford